**MINUTE ENTRY**
**BEER, J.**
**May 14, 2008**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**CONSTANCE HEBERT**                          **CIVIL ACTION**

**VERSUS**                                    **NUMBER: 07-6798**

**STATE FARM INSURANCE COMPANY**             **SECTION: M (1)**


**COURTROOM DEPUTY:**                         **COURT REPORTER:**
**RICK WINDHORST**                            **PINKEY FERDINAND**

### Wednesday, May 14, 2008 at 9:30 am
### JUDGE PETER BEER PRESIDING

**ATTORNEYS:**      **William Acomb, Adrianne Baumgartner, Charles Chassaignac,**
                    **IV, Michele Trowbridge for Deft.**

**MOTION IN LIMINE TO EXCLUDE PLAINTIFFS WITNESS AND EXHIBIT LIST**
**(DOC.21)**

**ORDERED:  MOTION IN LIMINE IS GRANTED. COUNSEL ARE INSTRUCTED  TO**
**FILE ANY APPROPRIATE MOTIONS THAT WILL RESOLVE THIS MATTER.**

**JS-10:   00 :15**