# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CONSTANCE HEBERT AND RACHAEL WATKINS | * | CIVIL ACTION NO.: 07-6798 |
| versus | * | SECTION: |
| STATE FARM INSURANCE COMPANY | * | MAG. |

## ORDER

IT IS HEREBY ORDERED that the above numbered and entitled cause of action has been amicably compromised and settled, and therefore, any and all causes of action of the Plaintiffs, Constance Hebert and Rachael Watkins, against all parties should be dismissed with full prejudice, with each party to bear his own cost.

New Orleans, Louisiana, this 21st day of January, 2009.

_____
**JUDGE**

1